IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | File No 5:10CR56-RLV-DSC |
| | ) | |
| V. | ) | ORDER TO UNSEAL |
| | ) | BILL OF INDICTMENT |
| ADAM KEITH JONES, et. al., | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment be unsealed,

**IT IS HEREBY ORDERED** that the Bill of Indictment be unsealed.

**SO ORDERED**.	Signed: January 20, 2011

David S. Cayer
United States Magistrate Judge