IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:10CR56-1-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| Plaintiff,  ) | |
|   ) | |
|   ) | |
| vs.  ) | **O R D E R** |
|   ) | |
| ADAM KEITH JONES, et al.  ) | |
| Defendant.  ) | |
| _____  ) | |

**THIS MATTER** is before the Court upon Defendant's Motion For The Court's Reconsideration In Defendant's "Motion For Sentence Reduction Pursuant to 18 U.S.C.§ 3582 And Sentencing Guidelines Amendment 782", filed on May 22, 2015. Defendant requests the Court to reconsider its Order of May 12, 2015, denying Motion for Sentence Reduction Pursuant to 18 U.S.C.§ 3582(c)(2).

Upon careful review of Defendant's Motion for Reconsideration, the Court will deny the Motion because: (1) the "comparably less" reduction of sentence authorized by Amendment 782 derives only from the portion of Defendant's original sentence representing a reduction for substantial assistance; and, (2) even if the foregoing rationale is incorrect the Court would, and hereby does, deny reconsideration in its discretion because of the recalcitrance exhibited by Defendant through his infractions for misconduct while in prison as argued by the Government, whether there were three violations or two.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Reconsideration is hereby **DENIED.**

Signed: June 26, 2015

Richard L. Voorhees
United States District Judge